IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**STEVEN ADKINS** **PLAINTIFF**

**v.** **No. 4:24-cv-109-DAS**

**PATRICIA DOTY** **DEFENDANT**

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion entered this day, the instant case is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "**STRIKE**" under 28 U.S.C. §1915(g).

**SO ORDERED** this the 9th day of December, 2025.

                                           **/s/ David A. Sanders**
                                           **UNITED STATES MAGISTRATE JUDGE**